UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KENNETH E. SMALLWOOD,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 2:16-cv-1166
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

## OPINION AND ORDER

On January 22, 2018, Magistrate Judge Chelsey M. Vascura issued a Report and Recommendation supporting the decision of the Commissioner of the Social Security Administration denying disability benefits to Kenneth Edward Smallwood. The Report and Recommendation clearly stated the plaintiff had a fourteen day window in which to file objections, which he has not done.

The undersigned has reviewed the Report and Recommendation and finds it to be in accordance with the law and supported by substantial evidence. The Report and Recommendation is adopted. The decision of the Commissioner denying benefits is **AFFIRMED**. This case is dismissed.

    **IT IS SO ORDERED.**

3-27-2018
Date

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE